FILED:  April 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2220 (L)
(20-293)

_____

DUKE ENERGY PROGRESS, LLC

        Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF
AMERICA

        Respondents

BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T North Carolina,
d/b/a AT&T South Carolina

        Intervenor

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals

petitioner's opening page-proof brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk